```
                    UNITED STATES DISTRICT COURT FOR THE
                          DISTRICT OF NEW HAMPSHIRE
```

Kermit Ceasar

    v.                                    Civil No. 07-cv-196-JD

United States of America


PROCEDURAL ORDER

    Petitioner has applied for a certificate of appealability.  After reviewing the application and the record in this case, the court finds that the petitioner has not presented any sufficient justification under the requirements of 28 U.S.C. § 2253 for the issuance of a certificate of appealability. Therefore, his application is denied.

    SO ORDERED.

                                                        Joseph A. DiClerico, Jr.
                                                        United States District Judge

November 27, 2007

cc:  Aixa Maldonado-Quinones, Esquire
     Kermit Ceasar, pro se